#10107179

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
|---|---|
| PLAINTIFF, | 5:19CR 394 - SVW |
| v. | ON COMPLAINT |
| ROBERT STAHLNECKER, | CASE NO.: ED19-0641M |
| DEFENDANT | |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT STAHLNECKER** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Threatening Federal Officers and Employees, in violation of 18 U.S.C. § 115(a)(1)(B); Interstation Communications with Threat to Injure a Person, in violation of 18 U.S.C. § 875(c); and Anonymous Telecommunications Harassment, in violation of 47 U.S.C. § 223 (a)(1)(C).

REC: BY AUSA     Detention

Date: December 4, 2019

HONORABLE SHERI PYM

Signature of Magistrate Judge

REC'D USMS RIVERSIDE
DEC 4 '19 PM 2:08

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):

ARRESTED WITHIN THE 9/CA-RW

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | USMS | |
| DATE OF ARREST | 12/4/19 | |

ARRESTED BY:
ON:
SIGNED:

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                    Page 1 of 2